1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANTHONY L. ZENO,

11          Plaintiff,                          No. CIV S-05-2010 GEB KJM P

12      vs.

13  CORCORAN STATE PRISON, et al.,

14          Defendants.                         ORDER

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42

17  U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by defendants.

18  The alleged violations took place in Kings County, which is part of the Fresno Division of the

19  United States District Court for the Eastern District of California.  See Local Rule 3-120(b).

20          As provided by Local Rule 3-120(d), a civil action that has not been commenced

21  in the proper division of a court may, on the court's own motion, be transferred to the proper

22  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

23  court.

24  /////

25  _____

26      [1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1              Good cause appearing, IT IS HEREBY ORDERED that:

2                1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4                2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6                United States District Court
Eastern District of California
7                1130 "O" Street
Fresno, CA 93721

8

9 DATED:  October 25, 2005.

10

11                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16 /kf
zeno2010.22 fn

17

18

19

20

21

22

23

24

25

26